1

2

3

4

5                        UNITED STATES DISTRICT COURT

6                       NORTHERN DISTRICT OF CALIFORNIA
7                           SAN FRANCISCO DIVISION

8

9   United States of America )  No. CR 09-0148 JSW
            Plaintiff(s)       )
10   Vs.                       )  (Proposed) Order granting
                               )  SUBSTITUTION OF ATTORNEY
11  SOPHIA M ROSES             )  For KIMBERLY LUTES-KOTHS
            Defendant(s)       )
12  _____)

13

14       The court has received the Defendant's request through

15  Attorney Kimberly Lutes-Koths, to substitute in as Attorney of

16  record in place of Attorney Juliana Drous.

17

18  Accordingly, it is HEREBY ORDERED that Juliana Drous, Esq shall

19  be relieved as defense counsel and Kimberly Lutes-Koths, Esq.

20  shall be accepted as defense counsel for the above referenced

21  matter.

22     IT IS SO ORDERED.

23  Dated: February 11, 2010
                                   _____
24                                 JEFFREY S WHITE
                                   UNITED STATES DISTRICT JUDGE

25  _____